UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA NO.  09-10435-DPW

**CELINDA KAYE,**
    **Plaintiff,**

**v.**

**ROBERT KRAMER, In His
Individual Capacity, and
CITY OF TAUNTON,**
    **Defendants**

## STIPULATION OF DISMISSAL

The parties in the above-captioned action hereby stipulate that this action, including any and all claims set forth in any and all pleadings against the defendants, City of Taunton and Robert Kramer, be dismissed with prejudice, without costs or attorneys fees, and with all rights of appeal being waived.

| | |
|---|---|
| Plaintiff, Celinda Kaye,<br>By her attorney, | Defendants, City of Taunton and Kramer,<br>By their attorney, |
| /s/ David Milton<br>Howard Friedman, Esq.<br>David Milton, Esq.<br>Law Offices of Howard Friedman<br>90 Canal Street<br>5th Floor<br>Boston, MA 02114 | /s/ Douglas I. Louison<br>Douglas I. Louison   (BBO# 545191)<br>Louison, Costello, Condon & Pfaff, LLP<br>67 Batterymarch Street<br>Boston, MA 02110<br>(617) 439-0305 |

**CERTIFICATE OF SERVICE**

I, Douglas I. Louison, hereby certify that on the 23rd day of December, 2009, I served the foregoing by causing a copy to be directed to:

**Howard Friedman, Esq.**
**David Milton, Esq.**
Law Offices of Howard Friedman
90 Canal Street
5th Floor
Boston, MA 02114

/s/ Douglas I. Louison
Douglas I. Louison